## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSÉ F. BATISTA | : | |
| *Plaintiff,* | : | |
| | : | |
| vs. | : | C.A. No. 2021-138-MSM-PAS |
| | : | |
| CITY OF PROVIDENCE ET AL, | : | |
| *Defendants.* | : | |

## DISCOVERY STIPULATION

It is hereby agreed, by and between all parties, that any and all written discovery requests issued in this matter between January 1, 2023 and January 27, 2023 shall have a due date to answer or otherwise respond of March 1, 2023, including but not limited to interrogatories, requests for production, and requests for admissions.

| **Plaintiff**, | **Defendants**, |
|---|---|
| By his attorney, | By their attorney, |
| | |
| */s/Santiago H. Posas (#9519)* | */s/Megan Maciasz DiSanto (#7991)* |
| Conley Law & Associates | City of Providence Solicitor's Office |
| 123 Dyer Street, Suite 2B | 444 Westminster Street, Suite 220 |
| Providence, RI 02903 | Providence, RI 02903 |
| (401) 415-9835 (Tel) | (401) 680-5333 (Tel) |
| (401) 415-9834 (Fax) | (401) 680-5520 (Fax) |
| sposas@conleylawri.com | mdisanto@providenceri.gov |

## CERTIFICATION

I hereby certify that I have filed the within with the United States District Court on this 26th day of January 2023, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent to:

William J. Conley, Jr.
Santiago H. Posas
Law Office of William J. Conley, Jr.
123 Dyer Street, Suite 2B
Providence, RI 02903
wconley@wjclaw.com
santiago@wjclaw.com

*/s/Megan Maciasz DiSanto*